## UNITED STATES of America, Plaintiff—Appellee,

v.

## Roderick BLACK, Defendant—Appellant.

### No. 10–6092.

United States Court of Appeals, Fourth Circuit.

Submitted: March 16, 2010.

Decided: March 24, 2010.

Roderick Black, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roderick Black appeals the district court's order denying Black's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Black,* No. 2:94–cr–00015–BO–9 (E.D.N.C. filed Dec. 17, 2009; entered Dec. 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*